UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GT LEACH CONSTRUCTORS, LLC, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02654 |
| AREL RIVER OAKS, LLC, *et al*, | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant Arel River Oaks, LLC's Motion for Partial Summary Judgment (Doc. No. 27), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On October 9, 2019, Judge Palermo issued the Report and Recommendation on Defendant's Motion for Partial Summary Judgment (Doc. No. 78), recommending that the Motion for Partial Summary Judgment be GRANTED in part and DENIED in part. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant Arel River Oaks, LLC's Motion for Partial Summary Judgment (Doc. No. 27) is hereby **GRANTED** in part and **DENIED** in part.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of October, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1 / 1